1  K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California  95112
Telephone (408) 298-2000
4  Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| NATIVIDAD GUTIERREZ, | ) No.  1:11-CV-00896---GSA |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| TACOS TIJUANNA, INC., et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Tacos Tijuanna, Inc., Antoun Amsih and Ilham Amsih, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 14, 2011                         MOORE LAW FIRM, P.C.


                                                /s/ Tanya E. Moore
                                                Tanya E. Moore
                                                Attorneys for Plaintiff Natividad Gutierrez

///

///

*Gutierrez v. Tacos Tijuanna, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order
                        Page 1

1  Date: November 14, 2011                    KENNETH P. ROBERTS,
                                              A Professional Law Corporation
2

3

4                                             /s/ Kenneth P. Roberts
                                              Kenneth P. Roberts, Attorneys
5                                             for Defendants Tacos Tijuanna, Inc.,
                                              Antoun Amsih and Ilham Amsih
6

7                                    **ORDER**

8

9       The parties having so stipulated,

10      IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

11

12

13

14  IT IS SO ORDERED.

15      Dated:  **November 14, 2011**              **/s/ Gary S. Austin**
16                                              UNITED STATES MAGISTRATE JUDGE