K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>TACOS TIJUANNA, INC., et al.,<br><br>          Defendants. | No.  1:11-CV-00896---GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Tacos Tijuanna, Inc., Antoun Amsih and Ilham Amsih, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 14, 2011                    MOORE LAW FIRM, P.C.


                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorneys for Plaintiff Natividad Gutierrez

///

///

*Gutierrez v. Tacos Tijuanna, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

1 | Date: November 14, 2011                      KENNETH P. ROBERTS,
                                                A Professional Law Corporation

                                                /s/ Kenneth P. Roberts
                                                Kenneth P. Roberts, Attorneys
                                                for Defendants Tacos Tijuanna, Inc.,
                                                Antoun Amsih and Ilham Amsih

## ORDER

The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

   Dated:   **November 14, 2011**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Tacos Tijuanna, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order